IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02193-REB-CBS

LINN DEROCK, *et al.,*

      Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS, *et al.*,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiffs' Motion for Order Setting Scheduling Conference (filed January 23, 2006; *doc. no. 74*) is **GRANTED**.  It is hereby

      **ORDERED** that a status conference has been set for **February 6, 2006, at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**      January 24, 2006