IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-02193-REB-CBS

LINN DEROCK, *et al.,*

    Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiffs' Motion to Amend the Complaint and Substitute Parties (Docket No. 94) filed on May 1, 2006.

    Defendant Cates' Response, filed on May 12, 2006, does not oppose Plaintiffs' request for leave to amend, but objects to the extent that the proposed Amended Complaint references Linn DeRock and the Colorado Department of Corrections. These parties named in the original Complaint were the subject of rulings by Judge Blackburn on August 8, 2003 and February 5, 2004.

    Accordingly, the court will **GRANT** Plaintiffs leave to file an Amended Complaint that complies in all respects with the District Court's previous rulings.

    The Amended Complaint should omit any claims on behalf of Linn DeRock or against the Colorado Department of Corrections.

    Plaintiffs should file an appropriately drafted Amended Complaint **on or before June 13, 2006.**

**DATED:**    June 6, 2006